**Order entered October 16, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00898-CR

### MICHAEL EDWARD HARSSEMA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80837-2018**

## ORDER

On the Court's own motion, we **DIRECT** the Clerk of this Court to remove the briefs in

this case from the Court's website and to seal the briefs in this case. *See* TEX. R. APP. P. 43.6.


/s/  DAVID L. BRIDGES
    PRESIDING JUSTICE